**Exhibit A to the Complaint**

**Location:** Bellevue, MI  
**Total Works Infringed:** 23  

**IP Address:** 172.15.113.94  
**ISP:** AT&T U-verse  

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 5264FF1CA20A869CA00A84EF194A50DD3CD7B93A | Blacked | 09/02/2017 17:09:22 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 2 | 04FD5B9A8A95D8C0810EE1DE07F070A00F411D9A | Blacked | 08/02/2017 11:57:02 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 3 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/15/2017 11:48:32 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 4 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/14/2017 11:30:50 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 5 | 1F6D2B8B3E349D95C7205A9E6C7826A7CFF8E1F1 | Tushy | 06/17/2017 21:02:38 | 04/11/2017 | 06/15/2017 | PA0002037579 |
| 6 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 10/08/2017 05:08:43 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 7 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 10/07/2017 21:06:50 | 09/27/2017 | 10/10/2017 | 15894023060 |
| 8 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 05/30/2017 11:44:19 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 9 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 10/08/2017 05:00:00 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 10 | 3C75DF0338469C899BB90D1928DCB245E2B3C2CF | Blacked | 05/27/2017 15:56:56 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 11 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 10/08/2017 04:33:53 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 12 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 07/06/2017 11:34:02 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 13 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | Blacked | 08/02/2017 11:50:53 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 14 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/16/2017 11:28:49 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 15 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 09/17/2017 23:11:28 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 16 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 06/10/2017 04:21:37 | 05/30/2017 | 06/22/2017 | PA0002039295 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 06/10/2017 04:20:15 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 18 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 08/02/2017 12:05:11 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 19 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/17/2017 23:11:32 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 20 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/27/2017 16:01:57 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 21 | CA328163FA3ADE41786B2BE2C246F9EB7AE2EEA4 | Blacked | 06/17/2017 20:58:28 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 22 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 08/03/2017 11:31:55 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 23 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 05/27/2017 16:25:48 | 04/30/2017 | 06/15/2017 | PA0002037580 |