UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

File No: 1:17-CV-1000

v.

HON. ROBERT J. JONKER

JOHN DOE subscriber assigned IP Address 172.15.113.94,

    Defendant.
_____/

**NOTICE OF IMPENDING DISMISSAL**

The court records indicate that more than 60 days have passed from the filing of the above complaint and defendant has not been served. This notice serves to inform plaintiff that the action shall be dismissed without prejudice unless plaintiff completes service of process within 90 days after the filing of the complaint, in accordance with F.R.Civ.P. 4(m).

Date:   January 26, 2018                    /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 CHIEF UNITED STATES DISTRICT JUDGE