UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.

JOHN DOE subscriber assigned IP address 172.15.113.94,

        Defendant.
                                       /

File No: 1:17-CV-1000

HON. ROBERT J. JONKER

**ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS**

        The Court was advised by the filing of a Notice of Settlement on February 12, 2018, that the parties have reached a settlement.

        Accordingly, closing documents shall be filed no later than **March 12, 2018**. If the closing documents are not presented by that date, and if good cause is not shown for the delay and for retaining this case on the Court's docket, this case will be dismissed without prejudice and without costs. The Court does not leave matters open simply to secure compliance with executory obligations. The Court will retain jurisdiction to enforce a settlement agreement if the parties request it.

Dated:     February 13, 2018        /s/ Robert J. Jonker
                                                                ROBERT J. JONKER
                                                                CHIEF UNITED STATES DISTRICT JUDGE